WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-08-00191-03-PHX-MHB |
| Plaintiff, ) | |
| vs. ) | |
| Neil Von Scott Thomsen, ) | **ORDER** |
| Defendant. ) | |

A detention hearing on the Petition on Probation was held on June 1, 2009.

**THE COURT FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 3rd day of June, 2009.

Lawrence O. Anderson
United States Magistrate Judge